IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| THEODORE JACKSON, | § | |
| | § | No. 285, 2015 |
| Defendant Below, | § | |
| Appellant, | § | Court Below–Superior Court |
| | § | of the State of Delaware in and |
| v. | § | for New Castle County |
| | § | |
| STATE OF DELAWARE, | § | Cr. ID No. 1102005390 |
| | § | |
| Plaintiff Below, | § | |
| Appellee. | § | |

Submitted: July 8, 2015
Decided: July 17, 2015

Before **VALIHURA**, **VAUGHN** and **SEITZ**, Justices.

## O R D E R

This 17th day of July 2015, it appears to the Court that:

(1)     On June 8, 2015, the appellant, Theodore Jackson, filed a notice of appeal from a Superior Court order dated May 30, 2015 in *State v. Jackson*, Cr. ID No. 1102005390. The order identified in the notice of appeal does not appear on the docket in the Superior Court case.

(2)     By letter dated June 8, 2015, the Clerk directed Jackson to file an amended notice of appeal identifying the date of the order on appeal. Jackson did not file an amended notice of appeal or otherwise respond to the Clerk's letter by the June 23, 2015 deadline.

(3)     On June 25, 2015, the Clerk issued a certified notice directing Jackson to show cause why the appeal should not be dismissed for his failure to file an amended notice of appeal. Jackson received the notice to show cause on June 27, 2015.

(4)     On June 30, 2015, Jackson filed an amended notice of appeal purporting to appeal from an order dated June 23, 2015. The order identified in the amended notice of appeal does not appear on the docket in the Superior Court case.

(5)     On July 2, 2015, Jackson filed a letter requesting "information of date and where to be." In the same letter Jackson advised the Court that he would file a response to the notice to show cause. The Clerk sent Jackson a Supreme Court docket sheet.

(6)     Other than the amended notice of appeal filed on June 30, 2015 and letter filed on July 2, 2015, Jackson has not responded to the notice to show cause. Any further response from Jackson was due on or before July 7, 2015.

(7)     Under the Delaware Constitution, this Court may review a final judgment in a criminal case.* Jackson has not identified such a judgment in his notice of appeal or amended notice of appeal. Under these

_____

* Del. Const. art. IV, § 11(1)(b).

2

circumstances, the Court concludes that Jackson's appeal fails to invoke the jurisdiction of the Court.

NOW THEREFORE IT IS ORDERED, under Supreme Court Rule 29(b), that the appeal is DISMISSED.

BY THE COURT:

_____
Justice